EDWARD M. P. MURPHY, Appellant, v. GERTRUDE S. MURPHY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell and McAvoy, JJ.

JAMES BUNT, Appellant, v. VICTORIA D'ANDREA and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell and McAvoy, JJ.

GEORGE W. MORGAN, Respondent, v. POERTNER MOTOR CAR COMPANY, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell and McAvoy, JJ.

THOMAS DWYER, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell and McAvoy, JJ.

HENRIETTA E. O'CONNOR, Respondent, v. CHARLES A. COLLINS, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell and McAvoy, JJ.

PATERNO CONSTRUCTION COMPANY, Respondent, v. MAURICE RENTNER, Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell and McAvoy, JJ.

FREDERICK LEMMERT, Respondent, v. PHIL ROTHMAN, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell and McAvoy, JJ.

JOHN TERCASIO and Another, Doing Business under the Firm Name and Style of JOHN TERCASIO BROTHERS, Respondents, v. MARTINO DE BLASE and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell and McAvoy, JJ.

In the Matter of the Application of THOMAS CONWAY for the Issuance of a Citation for the Construction of the Will in the Estate of JAMES CONWAY, Deceased.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell and McAvoy, JJ.

THE HETTRICK MANUFACTURING COMPANY, a Corporation, Appellant, v. MEYER BARISH Respondent.— Determination affirmed, with costs, on the opinion of Bijur, J., in the Appellate Term. [Reported in 120 Misc. Rep. 673.] Present — Clarke, P. J., Dowling, Merrell and McAvoy; JJ.

In the Matter of ANNIE P. SCHLOSS, Deceased.— Motion to dismiss appeal of John J. Prince denied on condition stated in order and on payment of ten dollars costs; motion to dismiss appeal of the other appellants denied, without costs. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

MOODY ENGINEERING CO., INC., v. CATALANA DE GAS Y ELECTRICIDAD, S. A.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

ANNIE DREYER, as Administratrix, etc., v. ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LTD.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

SARAH LEVY v. JOSEPH LEVY.— Motion granted on condition that appeal be argued or submitted on May 16, 1924. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.